James L. Blair, #016125
Randy L. Kingery, #022913
**RENAUD COOK DRURY MESAROS, PA**
One North Central, Suite 900
Phoenix, Arizona 85004-4417
(602) 307-9900 Telephone
(602) 307-5853 Facsimile
jblair@rcdmlaw.com
rkingery@rcdmlaw.com

Attorneys for *Defendant Franklin Collection Services, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Karl Peipelman, | No. 09-CV-289-TUC-CKJ |
| Plaintiff, | |
| v. | NOTICE OF SETTLEMENT |
| Franklin Collection Services, Inc., | |
| Defendant. | *(Assigned to The Honorable Cindy K. Jorgenson)* |

Defendant, FRANKLIN COLLECTION SERVICES, INC., through counsel undersigned, gives notice that the parties have settled this matter. The parties anticipate the filing of a Stipulation to Dismiss with prejudice within the next thirty days.

**DATED** this 20th day of July, 2009.

**RENAUD COOK DRURY MESAROS, PA**

By: */s/Randy L. Kingery*
      James L. Blair
      Randy L. Kingery
One North Central, Suite 900
Phoenix, AZ 85004-4417
*Attorneys for Defendant Franklin Collection Services, Inc.*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

(Page 1, 09-CV-289-TUC-CKJ)   [3465-0001]   @PFDesktop\::ODMA/MHODMA/IMANAGE;RCD_PHX;530947;1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of July, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECM System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable Cindy K. Jorgenson
**UNITED STATES DISTRICT COURT**
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 5180
Tucson, AZ  85701-5052

Marshall Meyers, Esq.
**WEISBERG & MEYERS, LLC**
5025 N. Central Avenue, #602
Phoenix, AZ 85012
*Attorney for Plaintiff*

*/s/Vicki L. Cobbs*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853