James L. Blair, #016125
Randy L. Kingery, #022913
**RENAUD COOK DRURY MESAROS, PA**
One North Central, Suite 900
Phoenix, Arizona  85004-4417
(602) 307-9900 Telephone
(602) 307-5853 Facsimile
jblair@rcdmlaw.com
rkingery@rcdmlaw.com

Attorneys for *Defendant Franklin Collection Services, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Karl Peipelman,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Franklin Collection Services, Inc.,<br><br>　　　　　Defendant. | No. 09-CV-289-TUC-CKJ<br><br>**STIPULATION TO DISMISS WITH PREJUDICE**<br><br>*(Assigned to The Honorable Cindy K. Jorgenson)* |

　　　　The parties hereto, through their undersigned counsel, stipulate and agree that Plaintiff's claims against defendant, FRANKLIN COLLECTION SERVICES, INC., are hereby dismissed ***with prejudice***, the parties to bear their own costs and attorneys' fees.

　　　　**RESPECTFULLY SUBMITTED** this  6th  day of November, 2009.

　　　　　　　　　　　　　　　　**WEISBERG & MEYERS, LLC.**

　　　　　　　　　　　　　　　　By: */s/Marshall Meyers  {w/permission}*
　　　　　　　　　　　　　　　　　　　Marshall Meyers
　　　　　　　　　　　　　　　　5025 N. Central Avenue, #602
　　　　　　　　　　　　　　　　Phoenix, AZ 85012

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

(Page 1, 09-CV-289-TUC-CKJ)　　　　{3465-0001}　　　　@PFDesktop\::ODMA/MHODMA/IMANAGE;RCD_PHX;550217;1

**RENAUD COOK DRURY MESAROS, PA**

By: */s/Randy L. Kingery*
    James L. Blair
    Randy L. Kingery
One North Central, Suite 900
Phoenix, AZ  85004-4417
*Attorneys for Defendant Franklin Collection*
 *Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the  6th  day of November, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECM System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable Cindy K. Jorgenson
**UNITED STATES DISTRICT COURT**
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 5180
Tucson, AZ  85701-5052

Marshall Meyers, Esq.
**WEISBERG & MEYERS, LLC**
5025 N. Central Avenue, #602
Phoenix, AZ 85012
*Attorney for Plaintiff*

*/s/Vicki L. Cobbs*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

(Page 2, 09-CV-289-TUC-CKJ)     {3465-0001}     @PFDesktop\:;ODMA/MHODMA/IMANAGE;RCD_PHX;550217;1