IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KARL PEIPELMAN,  ) | No. CV 09-289-TUC-CKJ |
| ) | |
| Plaintiff,  ) | |
| ) | **ORDER** |
| vs.  ) | |
| ) | |
| FRANKLIN COLLECTION  ) | |
| SERVICES, INC.,  ) | |
| ) | |
| Defendant.  ) | |

Pursuant to stipulation by the parties, IT IS HEREBY ORDERED that this case is **dismissed with prejudice**, each side to bear their own attorneys' fees and costs.

**The Clerk of the Court is directed to close the file in this matter.**

DATED this 9th day of November, 2009.

_____
Cindy K. Jorgenson
United States District Judge